AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Deana Martin | ) | 19-mj-5065-JGD |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 2015 through August 2018** in the county of **Worcester / Suffolk / Norfolk** in the _____ District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846 and 841(b)(1)(B)(vii) | Conspiracy to distribute, and to possess with intent to distribute, 100 kilograms or more of a mixture or substance containing a detectable amount of marijuana |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Robert J. Olsen

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Robert J. Olsen
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/01/2019

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*