**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.** __II__        **Investigating Agency** __DEA / IRS__

**City** __Worcester / Various__        **Related Case Information:**

**County** __Worcester / Norfolk / Suffolk__

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See below__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Deana Martin__        Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name _____

Address     (City & State) __Milton, Mass.__

Birth date (Yr only): __1967__  SSN (last4#): __7697__    Sex __F__    Race: _____    Nationality: _____

**Defense Counsel if known:** __Brad Bailey__        Address __44 School Steet, Ste. 1000B, Boston, Mass.__

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __William F. Abely__        Bar Number if applicable __660281__

**Interpreter:**    ☐ Yes  ☑ No        List language and/or dialect: _____

**Victims:**    ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint        ☐ Information        ☐ Indictment

**Total # of Counts:**    ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __04/01/2019__    ⊞        Signature of AUSA: _William F. Abely_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Deana Martin _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search warrants: 18-7222-JCB, 18-7223-JCB, 18-7262-JCB, 18-7265-JCB, 18-7266-JCB, 18-7268-JCB,  18-7269-JCB,  18-7270-JCB,18-7271-JCB, 18-7272-JCB, 18-7273-JCB, 18-7302-JCB, 18-7303-JCB