United States District Court
for the District of Massachusetts

---

| | |
|---|---|
| United States | ) |
| | ) |
| v. | )   No. 19-CR-40017-TSH |
| | ) |
| Deanna Martin, | ) |
|     Defendant. | ) |

---

## Notice of Withdrawal of Appearance

---

I, Michael R. Schneider, have been advised that defendant Deanna Martin is no longer in need of my services and that successor counsel has entered his appearance, and hereby notice my withdrawal of appearance pursuant to Loc. R. 83.5.3(c)(1).

Respectfully submitted,

/s/*Michael R. Schneider*
Michael Schneider
BBO #446475
GOOD SCHNEIDER
CORMIER & FRIED
Attorneys at Law
83 Atlantic Avenue
Boston, MA 02110
617-523-5933
ms@gscfboston.com

### Certificate of Service

I, Michael R. Schneider, hereby certify that this notice has been served electronically by this Court's ECF System on all registered parties.

/s/*Michael R. Schneider*
Michael R. Schneider

Dated: June 22, 2020